UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>BASILIO ORTIZ, JR.,<br><br>DEBTOR. | CHAPTER 13<br><br>CASE NO.: 18-61796-PMB |

## CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW MELISSA J. DAVEY, Chapter 13 Trustee, and objects to confirmation of the plan and files this Motion to Dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. Pursuant to information received from the Internal Revenue Service, 2012 through 2017 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).
2. The Chapter 13 Plan has conflicting provisions regarding the treatment of Automobile Acceptance in Sections 3.2 and 3.3 now. The Plan should be amended to clarify the provisions so that (i) said creditor has proper notice of its treatment and (ii) the Chapter 13 Trustee can administer the Plan payments.
3. The Amended Chapter 13 Plan is ineffective and cannot be administered by the Chapter 13 Trustee because it fails to correctly identify the amended Plan sections (1.1, 3.2) as required by NDGA Bankruptcy Court General Order 21-2017.

WHEREFORE, the Trustee moves the Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

October 05, 2018

/s/Jason L. Rogers
Jason L. Rogers
Attorney for the Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

18-61796-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have this day served:

    DEBTOR(S):
    BASILIO ORTIZ, JR.
    5100 W MOUNTAIN STREET APT S104
    STONE MOUNTAIN, GA  30083

    DEBTOR(S) ATTORNEY:
    SLIPAKOFF & SLOMKA, PC
    OVERLOOK III, SUITE 1700
    2859 PACES FERRY RD, SE
    ATLANTA, GA  30339

with a copy of the Chapter 13 Trustee's Supplemental Objection to Confirmation and Motion to Dismiss by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

October 05, 2018

    Prepared and Presented by:

    /s/Jason L. Rogers
    _____
    Jason L. Rogers
    Attorney for the Chapter 13 Trustee
    GA Bar No. 142575
    260 Peachtree Street, NW, Suite 200
    Atlanta, GA 30303
    (678) 510-1444 Phone
    (678) 510-1450 Fax